

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Xavier Lavar French, Appellant

No. 06-20-00114-CR　　v.

The State of Texas, Appellee

Appeal from the 202nd District Court of Bowie County, Texas (Tr. Ct. No. 18F0164-202). Memorandum Opinion delivered by Justice Carter,* Chief Justice Morriss and Justice Stevens participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the trial court's judgment and sentence.

We note that the appellant, Xavier Lavar French, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 21, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk